AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Missouri

| | | |
|---|---|---|
| Clifford Talton, Jr. et. al | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 2: 12-CV-04163 |
| Brian Kinkade, in his official capacity as Director of the Missouri Department of Social Services, et al. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mr. Brian Kinkade
Director
Missouri Department of Social Services
221 West High St.
Broadway State Office Building
Jefferson City, Mo. 65102

**RECEIVED**
**JUN 2 0 2012**
Director's Office
Dept of Social Services

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mr. Joel Ferber
Attorney at Law
Legal Services of Eastern Missouri
4232 Forest Park Ave.
St. Louis, Mo. 63108

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Ann Thompson
*CLERK OF COURT*

Date: 06/19/2012

/s/ Jan Martin
*Signature of Clerk or Deputy Clerk*

Civil Action No. 2: 12-CV-04163

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Mr. Brian Kinkade, Director, MO Dept. of Social Services
was received by me on *(date)* 06/20/12.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* TINA MARKWAY, Designated Agent, who is designated by law to accept service of process on behalf of *(name of organization)* MO DEPT of Social Services (All Divisions & Directors) on *(date)* 06/20/12 (2:52 PM) ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 06/20/12

*Server's signature*

David M. Roberts, Special Process Server
*Printed name and title*

DMR Investigations, LLC
6904 Bus. 50 West
Jefferson City, MO 65109
*Server's address*

Additional information regarding attempted service, etc:

Documents served: Complaint, Motion for Preliminary Injunction with 47 Exhibits, Memorandum in Support of Motion for Preliminary Injunction, Motion for Leave to Exceed Page Limit, Motions to Proceed Pro Hac Vice.